■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALVATORE NOTO, Appellant, v. ERNEST L. MONTANYE, as Superintendent of Attica Correctional Facility, Respondent.— Judgment unanimously affirmed. Memorandum: Petitioner has failed to allege facts which would entitle him to relief under People ex rel. Keitt v. McMann (18 N Y 2d 257). (Appeal from a judgment of

Wyoming County Court dismissing writ of habeas corpus.) Present — Del Vecchio, J. P., Marsh, Witmer, Cardamone and Simons, JJ.